INITIAL CONFERENCE QUESTIONNAIRE

1. Deadline for all Rule 26(a)(1) disclosures (if later than the date of the initial conference, please explain why on a separate page):    9/17/14

2. Deadline for first request for production of documents and first request for interrogatories:    10/3/14

2(a). Additional interrogatories needed, if any, beyond the 25 permitted under the federal rules for:    plaintiff(s) 25; defendant(s) 25

3. Date for completion of any joinder of additional parties and amendment of the pleadings:    10/31/14

3(a). Number of proposed additional parties to be joined, if any, by:    plaintiff(s) 2; defendant(s) 0

4. Number of depositions by plaintiff(s) of:    parties 3; non-parties 3

5. Number of depositions by defendant(s) of:    parties 3; non-parties 3

6. Date of status conference (joint status report due two business days in advance):    9/17/14

7. Date for completion of factual discovery:    1/31/15

8. Are expert witnesses needed?    Yes X   No ___

8(a). Number of expert witnesses, if any, of plaintiff(s):    medical ___; non-medical 1

8(b). Date for completion of those expert reports:    2/28/15

8(c). Number of expert witnesses, if any, of defendant(s):    medical ___; non-medical 1

8(d). Date for completion of those expert reports:    2/28/15

9. Date for completion of expert discovery:    3/31/15

10. Date of pretrial conference (brief *ex parte* statements of settlement position due via email two business days in advance):    4/30/15

11. Types of contemplated dispositive motions by plaintiff(s) and dates for filing of those motions:    SUMMARY JUDGEMENT 2/28/15

3

12. Types of contemplated dispositive motions by defendant(s) <u>and</u> dates for filing of those motions:

    _____
    _____
    _____

13. Have counsel reached any agreements regarding electronic discovery? (If so, please describe at the initial conference.)     Yes \_\_\_   No _X_

14. Have counsel reached any agreements for disclosure of experts' work papers (including drafts) and communications with experts? (If so, please describe on a separate page.)     Yes \_\_\_   No _X_

15. Will the parties unanimously consent to trial before a magistrate judge pursuant to 28 U.S.C. §636(c)? (If any party declines to consent, answer no but do <u>not</u> indicate which party declined.)     Yes \_\_\_   No _X_

4