SUN-116

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| LIGHTING & SUPPLIES, INC. ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> v. ) <br> ) <br> SUNLITE USA CORPORATION ) <br> ) <br> Defendant. ) | Civil Action No. 1:14-cv-04344 (JBW) |

### PLAINTIFF'S INITIAL DISCLOSURES

Plaintiff Lighting & Supplies, Inc. ("Plaintiff") provides the following initial disclosures to Defendant Sunlite USA Corporation ("Defendant") pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure.

### A. Witnesses likely to Have Discoverable Information as to Disclosing Party's Claims of Defenses

1. Mr. Morty Kohn
   President
   Lighting & Supplies, Inc.
   744 Clinton Street, Brooklyn, New York, 11232

Knowledge of Plaintiff's adoption and use of the SUNLITE trademark and instances of actual confusion by purchasers of electrical lighting goods including light bulbs.

### B. Rule 26(a)(1)(A)(ii)

Plaintiff is presently aware of the following categories of documents and things in its possession, custody or control (or that are publicly available) that it may use to support its claims. The documents and things are primarily located at Plaintiff's offices given above. Such

SUN-116

documents and things will be produced or made available for inspection to the extent that they can be located and are not subject to the attorney-client or other privilege and are subject to a Stipulated Protective Order to be entered by the Court.

- Plaintiff's product packaging materials bearing Plaintiff's SUNLITE trademark.
- Samples of Plaintiff's product catalog listing and illustrating Plaintiff's SUNLITE products.

### C. Rule 26(a)(1)(A)(iii)

In addition to Injunctive Relief, Plaintiff will seek to recover Defendant's profits resulting from its infringing activities. Plaintiff will be unable to ascertain the amount of Defendant's profits until appropriate fact discovery is taken.

Plaintiff will seek statutory damages (15 U.S.C. § 1117(c)) as a result of Defendant's willfully infringing activities. Plaintiff will also seek to recover its costs and attorney's fees incurred in enforcing its trademark rights.

### D. Rule 26(a)(1)(A)(iv)

Plaintiff knows of no applicable insurance agreement.

Respectfully submitted,

Dated: September 15, 2014

MALINA & ASSOCIATES, PLLC

By: _____
Bernard Malina-BM 2374
305 Madison Avenue
Suite 1420
New York, New York 10165
Tel: 212-986-7410
Attorneys for Plaintiff
Lighting & Supplies, Inc.

SUN-116

## CERTIFICATE OF SERVICE

I hereby certify that I caused to be served via email on September 15, 2014 a copy of the foregoing PLAINTIFF'S INITIAL DISCLOSURES upon the attorney for Defendant.

ARTHUR R. LEHMAN, L.L.C.
Arthur R. Lehman, Esq.
52 Vanderbilt Avenue
New York, New York 10017
Telephone: (212) 697-2715
Facsimile: (646) 390-6497
Email: Arthur@lehmanlawyer.com

_____
Amie Campbell