Case 1:14-cv-04344-JBW-JO   Document 20   Filed 10/08/14   Page 2 of 2 PageID #: 99

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 14-cv-04344 (JBW)(JO)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Halston Mikail__

was received by me on *(date)* __10/14/2014__.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☒ I left the summons at the individual's residence or usual place of ~~abode~~ business with *(name)* __"John Doe"__
__(refused name)-Manager__ , a person of suitable age and discretion who ~~resides~~ works there,
on *(date)* __10/27/2014__ __4:17PM__ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:
Description of "John Doe"- Male, Caucasian, 5'7", 40's, brown eyes, black/gray hair, 165 lbs.

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __10/30/2014__

*Server's signature*

__Robert Hall Process Server Los Angeles Co.#6932__
*Printed name and title*

Interstate Attorney Service
2511 W 3rd St., Ste. 200, Los Angeles, CA 90057
(213) 383-6795
*Server's address*

Additional information regarding attempted service, etc:
Subscribed and sworn before me this 30th day of October, 2014.

Bruce Anderson, Notary Public

BRUCE J. ANDERSON
Commission # 1943123
Notary Public - California
Los Angeles County
My Comm. Expires Jul 30, 2015