UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

--------------------------------------------------------x
LIGHTING & SUPPLIES, INC.,        :      Civil Action No. 1:14-cv-04344 (JBW)(JO)

             Plaintiff,   :
    -against-          :

SUNLITE USA CORPORATION,     :    **NOTICE OF CROSS-MOTION**
And HALSTON MIKAIL,

           Defendants,  :
--------------------------------------------------------x

      PLEASE TAKE NOTICE that upon the declaration of Halston Mikail dated November 26, 2014, the affirmation of Arthur R. Lehman dated November 28, 2014, and all exhibits thereto, defendants Sunlite USA Corporation and Halston Mikail will cross-move on December 9, 2014, before the Honorable Jack B. Weinstein, United States District Judge for the Eastern District of New York, at the United States Courthouse, Courtroom 10B S 225 Cadman Plaza East, Brooklyn, New York, at 10:00 a. m. or as soon thereafter as counsel can be heard, for an order pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure dismissing the second amended complaint herein on the ground that this Court lacks personal jurisdiction over the defendants.

Dated:  November 28, 2014              ARTHUR R. LEHMAN, L.L.C.

                                    By  /s/  Arthur R. Lehman
                                      Arthur R. Lehman, Esq. (AL-8819)
                                    52 Vanderbilt Avenue
                                    New York, New York 10017
                                    Telephone:  (212) 697-2715
                                    Facsimile: (646) 390-6497
                                    Email: arthur@lehmanlawyer.com

                                    Attorneys for Defendants

CERTIFICATE OF SERVICE

I hereby certify that on November 28, 2014, I filed the foregoing document, the declaration of Halston Mikail dated November 26, 2014, the affirmation of Arthur R. Lehman dated November 28, 2014, and all exhibits thereto, and defendants' memorandum of law using the CM/ECF system which will send notification of such filing to the email addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List.

Dated:  November 28, 2014

       /s/   Arthur R. Lehman
      Arthur R. Lehman, Esq. (AL-8819)