UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

LIGHTING & SUPPLIES, INC.,

              Plaintiff,

v.

SUNLITE USA CORPORATION, and
HALSTON MIKAIL,

              Defendants.

ORDER

14-CV-4344

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ DEC 11 2014 ★

BROOKLYN OFFICE

JACK B. WEINSTEIN, Senior United States District Judge:

      For the reasons stated orally at the hearing, the motion for a preliminary injunction is denied. *See* Tr. H'rg, Dec. 9, 2014. Plaintiff has failed to demonstrate a "continuing harm which cannot be adequately redressed by final relief on the merits and for which money damages cannot provide adequate compensation." *See CJ Products LLC v. Snuggly Plushez LLC*, 809 F. Supp. 2d 127, 145 (E.D.N.Y. 2011) (internal citations omitted).

      For the reasons discussed at the hearing, the case should be settled. *See* Tr. H'rg, Dec. 9, 2014. The matter is respectfully referred to the magistrate judge to assist the parties in working out the details of a settlement.

      Based on the evidence in the record, the court possesses personal jurisdiction. *See* Tr. H'rg, Dec. 9, 2014. Denied is defendant's cross motion to dismiss, pursuant to Fed. R. Civ. P. 12(b)(2).

SO ORDERED.

Jack B. Weinstein
Senior United States District Judge

Dated: December 9, 2014
       Brooklyn, New York



1