UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| LIGHTING & SUPPLIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> SUNLITE USA CORPORATION, and HALSTON MIKAIL, <br><br> Defendants. | CIVIL ACTION <br> NO.: 1:14-cv-04344(JBW)(JO) <br><br> **NOTICE OF MOTION** <br> **FOR VOLUNTARY DISMISSAL** <br> **OF DEFENDANT SUNLITE USA** <br> **CORPORATION WITHOUT** <br> **PREJUDICE** |

**PLEASE TAKE NOTICE** that upon the Declaration of Samuel Karpel, Esq., and the exhibits attached thereto; the accompanying Memorandum of Law; and all prior pleadings and proceedings had herein, Plaintiff, Lighting & Supplies, Inc., will move before the Honorable Judge Jack B. Weinstein, United States District Judge for the Eastern District of New York, at the United States Courthouse located at 225 Cadman Plaza East, Courtroom 10B S Brooklyn, New York 11201, at a date and time designated by the Court, for entry of an Order pursuant to Federal Rule of Civil Procedure 41(a)(2), dismissing Defendant Sunlite USA Corporation without prejudice.

Dated: Brooklyn, New York
March 11, 2015

MENDEL ZILBERBERG & ASSOCIATES, P.C.
Co-Counsel for Plaintiff Lighting & Supplies, Inc.

By:    /s/ Samuel Karpel
       _____
       Mendel Zilberberg (MZ-6625)
       Samuel Karpel (SK-3190)
       6619 Thirteenth Avenue
       Brooklyn, New York 11219
       Telephone (718) 256-2000
       Email: mz@amalgamail.com

Dated: New York, New York
       March 11, 2015

                           MALINA & ASSOCIATES, PLLC
                           Co-Counsel for Plaintiff Lighting & Supplies, Inc.

                           By:   /s/ Bernard Malina
                                        _____
                                        Bernard Malina (BM-2374)
                                        Malina & Associates, PLLC
                                        305 Madison Avenue, Suite 1420
                                        New York, NY 10165
                                        Tel: 212-986-7410
                                        Fax: 212-983-8421
                                        Email: bmalina@malinalaw.com

TO:   Jay R. McDaniel, Esq.
       McDaniel PC
       Empire State Building
       350 Fifth Avenue, 59th Floor
       New York NY 10018
       (212) 514-8080
       *Attorneys for Defendants Sunlite USA Corporation*
       *and Halston Mikail*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on March 11, 2015, I electronically filed the foregoing document using the CM/ECF system which will send notification of such filing to the e-mail addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List.

                                                        /s/ Samuel Karpel
                                              _____
                                              SAMUEL KARPEL