

## Mendel Zilberberg & Associates, P.C.

ATTORNEYS AT LAW

June 19, 2015

**BY ECF**

U.S. District Court
Eastern District of New York
ATTN: Hon. Jack B. Weinstein
225 Cadman Plaza East
Brooklyn, NY 11201

> **RE:** **Lighting & Supplies, Inc. v. Sunlite USA Corp. and Halston Mikail**
> **U.S.D.C., E.D.N.Y., C.A. No. 14-cv-04344(JBW)(JO)**

To The Honorable Jack Weinstein:

This firm represents the plaintiff in the above referenced matter. Please accept this letter as a joint request from the parties to amend the case caption to add Spotlite America Corporation instead of Spotlite USA Corporation as a defendant in this case.

Following oral argument on June 6, 2015, acting on plaintiff's attorney's request, Your Honor added "Spotlite USA Corporation" as a defendant. However, it appears that "Spotlite USA Corporation" is an assumed name or "d/b/a"; and that Spotlite America Corporation is the correct corporate name.

As such, the parties jointly request that the Court amend the case caption to add Spotlite America Corporation as a defendant, instead of its assumed name or "d/b/a" "Spotlite USA Corporation".

Respectfully submitted,

Mendel Zilberberg & Associates, P.C.
By: Samuel Karpel

cc:     Jay McDaniel, Esq. (Defendants' counsel – by ECF)