UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

LIGHTING & SUPPLIES, INC.,

        Plaintiff,

– against –

SUNLITE USA CORPORATION,
SPOTLITE AMERICA CORPORATION &
HALSTON MIKAIL,

        Defendants.

ORDER

14-CV-4344

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUN 22 2015 ★

BROOKLYN OFFICE

On June 4, 2015, Spotlite USA Corporation was added as a defendant. Hr'g Tr.

On June 19, 2015, plaintiff's moved to amend the case caption. *See* Letter Mot. to Amend Caption, June 19, 2015, ECF No. 85.

Spotlite USA Corporation is dismissed as a defendant. Spotlite America Corporation is added as a defendant. The caption is deemed so amended as of June 4, 2015.

SO ORDERED.

Jack B. Weinstein
Senior United States District Judge

Dated: June 22, 2015
       Brooklyn, New York

