UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUN 30 2015
BROOKLYN OFFICE

| | |
|---|---|
| LIGHTING & SUPPLIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> SUNLITE USA CORPORATION, SPOTLITE AMERICA CORPORATION, and HALSTON MIKAIL, <br><br> Defendants. | CIVIL ACTION <br> NO.: 1:14-cv-04344(JBW) |

docket clerk:
See
note after
signature
on
last p.
JW

## CONSENT JUDGEMENT FOR PERMANENT INJUNCTION

Recitals:

1. Plaintiff Lighting & Supplies, Inc. (hereafter "Plaintiff") filed a complaint on July 17, 2014, thereafter amended on August 29, 2014 and October 7, 2014 against Defendants Sunlite USA Corporation and Halston Mikail. By further Order of the Court, the Complaint was deemed amended to add Spotlite America Corporation as an additional defendant (Sunlite USA Corporation, Spotlite America Corporation and Halston Mikail are hereafter referred to as "Defendants").

2. Plaintiff alleges, *inter alia*, that it is the owner of U.S. Trademark Registrations No. 2,627,184 and No. 3,614,795 for the mark SUNLITE®, that it has used and promoted the mark since 1996, and that its exclusive right of use of the mark has been infringed by Defendants.

3. Defendants have denied the allegations and asserted certain affirmative defenses; nonetheless without admission of liability and to resolve Plaintiff's claims insofar as the